PER CURIAM.
Affirmed. Hirsh v. Crews, 494 So.2d 260 (Fla. 1st DCA 1986); Gulfside Interval Vacations, Inc. v. Schultz, 479 So.2d 776 (Fla. 2d DCA 1985), review denied, 488 So.2d 830 (Fla.1986); § 194.171(2), (6), Fla.Stat. (1983); cf. Miller v. Nolte, 453 So.2d 397 (Fla.1984) (where supreme court expressly rejected characterizing § 194.171(2), Fla. Stat. (1981), as a statute of nonclaim and thus did not apply subsection 6 of § 194.-171, amended in 1983, to pre-1983 tax assessment).